# Court of Appeals
# of the State of Georgia

ATLANTA,    September 22, 2014

*The Court of Appeals hereby passes the following order:*

**A15D0029.  PAUL K. MURRAY v. THE STATE.**

In 2006, Paul Murray pled guilty to three counts of child molestation.  Years later, he filed a "Motion to Set Aside Sentence," which the trial court denied on July 18, 2014.  On August 25, 2014, Murray filed an application for discretionary appeal from the trial court's ruling. To be timely, a discretionary application must be filed within 30 days of entry of the order to be appealed.  OCGA § 5-6-35 (d); *Hill v. State*, 204 Ga. App. 582 (420 SE2d 393) (1992). Because this application was filed 38 days after entry of the order Murray seeks to appeal, it is untimely.  We thus lack jurisdiction to consider the application, which is hereby DISMISSED. See *Hill*, supra.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 09/22/2014
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*